JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELYN HAMMOND,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BMW OF NORTH AMERICA,<br>LLC, et al.,<br>　　　　Defendants. | CV 18-0226 DSF (MRWx)<br><br>JUDGMENT |

　　The parties having entered into a settlement agreement on September 27, 2019 obligating Defendant BMW of North America to pay the attorneys' fees, costs, and expenses incurred by Plaintiff in this ligation,

　　IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $86,323.50 in attorneys' fees and $2,561.31 in expenses, totaling $88,884.81, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: January 7, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge